THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD COOK, Appellant. [874 NYS2d 857]—Motion for writ of er-

ror coram nobis denied. Present—Scudder, P.J., Hurlbutt, Centra, Green and Gorski, JJ.